FLORENCE KOBER, Respondent, v. CENTURY CIRCUIT, INC., Appellant. FRANCIS KOBER, Respondent, v. CENTURY CIRCUIT, INC., Appellant. — Orders denying motions to dismiss complaints for lack of prosecution affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

ALIDA LOUISE LANGE and DOROTHY JOSEPHINE LANGE, Both Infants over the Age of Fourteen Years, by JOSEPHINE LANGE, Their Guardian ad Litem, Respondents, v. MILDRED C. JOHNSTON, Appellant.— Order denying defendant's motion to dismiss the amended complaint affirmed, with ten dollars costs and disbursements, and with leave to defendant to answer within five days from the entry of the order herein. No opinion. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.

PETER LEBKUECHER, an Infant, by JOHN A. LEBKUECHER, His Guardian ad Litem, Respondent, v. JOHN J. SULLIVAN, Appellant. MATILDA LEBKUECHER, Respondent, v. JOHN J. SULLIVAN, Appellant.— Orders denying on condition defendant's motions to dismiss for lack of prosecution affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

ALFONSO LEONETTO, Respondent, v. PARAGON PAINT AND VARNISH COMPANY, Appellant.— Order granting plaintiff's motion to restore the case to the jury calendar for the November term upon payment of costs and order granting plaintiff's motion to serve an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

MARY MAKSYMYSHYN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Action upon a $4,000 insurance policy in which plaintiff was the beneficiary. The complaint was dismissed but plaintiff had judgment for the insurance premiums theretofore tendered by the defendant. She appealed from the dismissal on the ground that the judgment entered, following cross-motions of the plaintiff and the defendant, was not supported by the evidence, i. e., that the suicide defense was improperly sustained. Judgment and order denying plaintiff's motion for a new trial unanimously affirmed, with costs. Excluding from consideration the testimony of Dr. Peterfy, except in so far as it concerned the fact that he had prescribed for the decedent on one occasion, and disregarding defendant's Exhibits A and B, the defendant established its defense based on the provision in its policy respecting suicide of the insured within two years of the issuance of the policy. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.